UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN LAMPKIN,

                    Plaintiff,

        -against-                                    26-CV-2221 (LTS)

ROCKLAND COUNTY FAMILY COURT,                        ORDER OF DISMISSAL
NEW YORK CHILD SUPPORT
ENFORCEMENT AUTHORITIES,

                    Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated March 23, 2026, the Court directed Plaintiff, within thirty days, to submit

a completed request to proceed in forma pauperis ("IFP application") or pay the fees required to

file a civil action in this court. That order specified that failure to comply would result in

dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees.

Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

*Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

        The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

 Dated:    April 30, 2026
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge