UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN LAMPKIN,

Plaintiff,

-against-

ROCKLAND COUNTY FAMILY COURT,
NEW YORK CHILD SUPPORT
ENFORCEMENT AUTHORITIES.,

Defendants.

26 CIVIL 002221 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 30, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:    May 4, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge